Before HICKS, ALLEN, and HAMILTON, Circuit Judges.

PER CURIAM.

This cause was heard on the transcript of the record, briefs and argument of counsel and it appearing that there was no abuse of judicial discretion by the District Court in the allowance of the sum of one thousand dollars as compensation to appellant as attorney for the trustee in bankruptcy of the Estate of Margaret Long Sachs and that there is no reversible error upon the record, it is therefore ordered, adjudged and decreed that the order of the District Court appealed from be, and the same is, in all things affirmed.

## ST. LOUIS HILLS SYNDICATE FUND et al. v. COMMISSIONER OF INTERNAL REVENUE.

## WEBSTER HILLS SYNDICATE FUND et al. v. SAME.

## KINGSHIGHWAY HILLS SYNDICATE FUND et al. v. SAME.
### Nos. 11163–11165.

Circuit Court of Appeals, Eighth Circuit.
Feb. 27, 1939.

PER CURIAM.

A stipulation having been filed that our decision in Wellston Hills Syndicate Fund v. Commissioner of Internal Revenue, 101 F.2d 924, shall rule three other petitions for review in related matters, orders of affirmance will be entered in each of such cases.

Order of Board of Tax Appeals affirmed and the petition for review dismissed without costs to either party in this court.

## Henry SCHALLMAN and David Geller, Petitioners, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.
### No. 7729.

Circuit Court of Appeals, Sixth Circuit.
March 16, 1939.

Harland G. Burnham, of Cleveland, Ohio, for petitioners.

James W. Morris, Morrison Shafroth, DeWitt M. Evans, and Sewall Key, all of Washington, D. C., for respondent.

Before SIMONS, HAMILTON, and ARANT, Circuit Judges.

PER CURIAM.

The court being of the opinion that the findings of the Board of Tax Appeals are fully sustained by the evidence and the inferences reasonably to be drawn therefrom, the decision of the Board of Tax Appeals is affirmed.

## Raymond SCHMITT, Administrator, etc., Appellant, v. Edward G. PLATT, Trustee.
### No. 11252.

Circuit Court of Appeals, Eighth Circuit.
July 6, 1938.

C. L. deRenthel, of St. Louis, Mo., for appellant.

James S. McClellan, of St. Louis, Mo., for appellee.

PER CURIAM.

Petition for leave to appeal from United States District Court denied.

## Raymond SCHMITT, Administrator, etc., Appellant, v. Edward G. PLATT, Trustee.
### No. 11271.

Circuit Court of Appeals, Eighth Circuit.
Aug. 2, 1938.

C. L. deRenthel, of St. Louis, Mo., for appellant.